# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-4166-GPC |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS INFORMATION** |
| v. | |
| JASON HAYES; and WILLIAM DOUGLAS JENKINS. | |
| Defendants. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the information in this case be dismissed without prejudice for the reasons articulated in the motion to dismiss. (ECF No. 28.)

**IT IS SO ORDERED.**

Dated: December 16, 2019

Hon. Gonzalo P. Curiel
United States District Judge